**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KAMMY BRAUDWAY** **PLAINTIFF**

**v.** **No. 1:26-cv-195-RP**

# ORDER OF DISMISSAL

The plaintiff Kammy Braudway filed this *pro se* complaint for violations of her civil rights under 42 U.S.C. § 1983. Because the plaintiff seeks leave the proceed in forma pauperis, her complaint is subject to screening under 28 U.S.C. § 1915(e)(2), which provides for the *sua sponte* dismissal of the complaint if the court finds it is "frivolous or malicious" or if it "fails to state a claim on which relief may be granted." The plaintiff's complaint does not identify any defendants, which is fatal to a § 1983 claim. *Richards v. Wallace*, No. 24-1529, 2024 WL 393367, at *8 (E.D. La. Jul. 30, 2024), report and recommendation affirmed, 2024 WL 3925181 (Aug. 22, 2024). As such, on September 15, 2026, the court ordered the plaintiff to show cause as why this action should not be dismissed for failure to state a claim on which relief may be granted. ECF 5. The order advised the plaintiff that she could respond to the show cause order by filing an amended complaint that identifies the defendants against whom she asserts her claims, and the order warned the plaintiff that if she "fails to respond and show cause as required by the order, this action will be dismissed." On October 5, 2026, the plaintiff filed an amended complaint that, again, identifies no defendants. ECF 8. Thus, the plaintiff has failed to comply with the court's order, and the deadline for her to do so has passed. This case is therefore **DISMISSED** without prejudice for failure to state a claim on which relief may be granted or to comply with an order of the court.

**SO ORDERED**, this, the 6th day of October, 2026.

**/s/ Roy Percy**
**U.S. Magistrate Judge**